UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Anna Juravin, Don Juravin,

and Anna Juravin and Don Juravin

as Guardians of Levia Juravin

and Ynes Juravin and United

Medical Group International, Inc.

Case No. 5:21-cv-00514

**Plaintiffs**

vs.

James Ryan, Esq., Bradley Saxton, Esq.,

Lauren Reynolds, Esq., and Dennis Kennedy, Trustee.

**Defendants**

_____/

### NOTICE OF VOLUNTARY DISMISSAL (WITHDRAW) OF DON JURAVIN, _INDIVIDUALLY_, AS A PLAINTIFF IN THIS CASE

Notice is hereby given that Don Juravin, individually hereby voluntarily dismisses his Complaint as Plaintiff in the above captioned matter. Don Juravin as Guardian shall remain as a Plaintiff as well as all other named Plaintiffs.

Dated: November 10, 2021

Law Offices of Henry Portner<br>
s/ Henry Portner, Esquire<br>
portnerlaw@gmail.com<br>
FL Bar # 0883050<br>
Tel: 561 400 0027