**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ANNA JURAVIN, ANNA JURAVIN,
UNITED MEDICAL GROUP
INTERNATIONAL INC, DON KARL
JURAVIN and YNES JURAVIN,

        Plaintiffs,

v.                                             Case No:   5:21-cv-514-GAP-PRL

DENNIS KENNEDY,
JAMES RYAN,
BRADLEY SAXTON and
LAUREN REYNOLDS

        Defendants.

**ORDER**

This cause is before the Court *sua sponte*.   This case was filed in the **Ocala** division October 19, 2021 (Doc. 1).   However, the parties are styling their documents with headers naming Orlando as the court division.   Accordingly, it is

**ORDERED** that the parties shall immediately begin styling their documents properly, naming Ocala as the correct division of this court for this case.

**DONE** and **ORDERED** in Chambers on February 28, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party